UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

PAUL HAMILTON FRIED

                    Debtor

------------------------------------------------------------X

Chapter 13
Case No.: 25-74587

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE
OF PAPERS AND OTHER
DOCUMENTS**

      **PLEASE TAKE NOTICE,** that BFSNG Law Group, LLP, by Heath S. Berger, Esq., hereby enters its appearance on behalf of Michael Polacco, Creditor, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

**BFSNG LAW GROUP, LLP
6851 JERICHO TURNPIKE, SUITE 250
SYOSSET, NEW YORK 11791
ATTN: HEATH S. BERGER, Esq.**
hberger@bfslawfirm.com
**(516) 747-1136**

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Syosset, New York
       December 8, 2025

                                      BFSNG LAW GROUP, LLP
                                      *Attorneys for Michael Polacco*
                                      6851 Jericho Turnpike, Suite 250
                                      Syosset, New York 11791
                                      (516) 747-1136

                                      By: Heath S. Berger, Esq.