UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                          Chapter 13

PAUL HAMILTON FRIED                                              Case No.: 25-74587

                                                      Debtor.
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NASSAU   )

      Angelique Filardi, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Plainview, New York.

      On December 16, 2025 deponent served a copy of the within **Notice of Motion** by regular mail upon the parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly address wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

- See Attached

                                                                   _/s/ Angelique Filardi_
                                                                   Angelique Filardi

Sworn to me this 16th
day of December, 2025

_____
NOTARY PUBLIC

                            HEATH S. BERGER
                      Notary Public, State of New York
                            No. 02BE5008879
                          Qualified in Suffolk County
                     Commission Expires March 1, 20 27

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-8<br>Case 8-25-74587-las<br>Eastern District of New York<br>Central Islip<br>Tue Dec 16 14:33:29 EST 2025 | NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 |
| 8<br>290 Federal Plaza<br>Central Islip, NY 11722-4437 | Andrew B. Smith<br>Smith & Schwartzstein, LLC<br>521 5th Avenue, 9th Floor<br>New York, NY. 10175-0999 | Chevy Chase Funding, LLC.<br>425 Walnut Street<br>Cincinnati, Ohio. 45202-3956 |
| FCI Lender Services, INC.<br>8180 East Kaiser BLVD<br>Anaheim, CA. 92808-2277 | GLO Consulting Enterprises<br>42 Swan Drive<br>Massapequa, NY. 11758<br>Att: Carl Antaki 11758-7929 | Michael Polacco<br>609 Columbus Avenue<br>Apt 6Q<br>New York, NY. 10024-1456 |
| Michael Polacco<br>c/o BFSNG Law Group, LLP<br>6851 Jericho Turnpike, Suite 250<br>Syosset, New York 11791-4455 | Robertson, Snschutz, Schneid,<br>Crane & Partners, PLLC<br>900 Merchants Concourse<br>Suite 310<br>Westbury, NY.11590<br>Att: Jill Clement  11590-5114 | Shellpoint Mortgage Servicing<br>75 Beattie Place<br>Greenville, SC. 29601-2155 |
| United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza - Room 560<br>Central Islip, NY 11722-4456 | Weinberg, Zareh, Malkin, Price, LLP<br>2150 Joshuas Path<br>Suite 52<br>Hauppauge,NY.11787<br>Att: Seth Weinberg 11788-4763 | Wilmington Savings Funding<br>1100 N. Market Street.<br>Wilmington, DE. 19890-1100 |
| Michael Polacco<br>c/o BFSNG Law Group, LLP<br>6851 Jericho Turnpike, Suite 250<br>Syosset, NY 11791-4455 | Michael J. Macco<br>Michael J. Macco Trustee<br>2950 Express Dr S<br>Ste 109<br>Islandia, NY 11749-1412 | Paul Hamilton Fried<br>137 Stephen Hands Path<br>East Hampton, NY 11937-2818 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |