UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:

PAUL HAMILTON FRIED

Debtor(s)

------------------------------------------------------------X

SIRS / MADAMS

*Return Date:  January 29, 2026*
*Time:  1:00pm*

Chapter 13
Case No.: 25-74587-845

**NOTICE OF MOTION**

   **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable LOUIS A. SCARCELLA , United States Bankruptcy Judge on the 29th, day of JANUARY, 2026, 1:00PM, at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 963, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear, and/or, be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

   **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

Dated: Islandia, New York
   January 12, 2026

Yours, etc.

MICHAEL J. MACCO
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900

To: *Office of the United States Trustee*
  *PAUL HAMILTON FRIED, Pro-Se Debtor(s)*
  *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X          **tmm1634**
In re:

                                                                  Chapter 13
                                                                  Case No.: 25-74587-845

PAUL HAMILTON FRIED

                      Debtor(s)                                    <u>**APPLICATION**</u>
--------------------------------------------------------X
TO THE HONORABLE, UNITED STATES BANKRUPTCY JUDGE:

          MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully
represents as follows:

          1.   The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on
November 26, 2025, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

          2.   As of the date of this motion, the debtor(s) has failed to submit any monthly pre-
confirmation payments to the Trustee.

          3.   In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee a
Chapter 13 Plan; Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current
Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for
sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy
Code.

          4.   Furthermore, as of this date the debtor has failed to provide the Trustee with
copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all
mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

          5.   Moreover, the debtor failed to appear, and/or, be examined at the initial §341
meeting of creditors held on January 6, 2026, at 11:00a.m.

          6.   This is a material default and is prejudicial to the rights of the creditors of the
debtor(s).

          **WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C.
§§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and
proper.

Dated: Islandia, New York
          January 12, 2026

                                        _/s/ Michael J. Macco_____
                                        Michael J. Macco, Chapter 13 Trustee
                                        2950 Express Drive South, Suite 109
                                        Islandia, New York 11749
                                        (631) 549-7900

**CERTIFICATE OF SERVICE BY MAIL AND ELECTRONIC SERVICE**


   This is to certify that I, Matthew Shanley, have this day served a true, accurate and correct copy of the within ***Notice of Motion and Application,*** by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Paul Hamilton Fried*
*137 Stephen Hands Path*
*East Hampton, NY 11937*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*USTPRegion02.LI.ECF@usdoj.gov*

*Michael Polacco*
*BFSNG Law Group*
*Attn: Heath S. Berger*
*hberger@bfslawfirm.com*
*Attorney for Creditor(s)*

*NYS Department of Taxation*
*District Tax Attorney*
*250 Veterans Highway*
*Hauppauge NY, 11788*
*Attn: Josh Russell*
*Attorney for Creditor(s)*

This January 12, 2026

***/s/ John Wallace***
John Wallace, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908